IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3

IN RE: Foamex International Inc., et al

| | | |
|---|---|---|
| Foamex International Inc.,et al | ) ) ) | |
| Appellant | ) | Civil Action No.   07-622 |
| v. | ) ) ) | |
| Jefferies & Company Inc. | ) ) | |
| Appellee | ) ) | Bankruptcy Case No. 05-12685<br>Bankruptcy Appeal No. 07-97 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/20/07 was docketed in the District Court on 10/10/07:

>Order approving the amended final fee application of Jefferies & Company Inc., as Financial Advisor to the Official Committee of Unsecured Creditors for final allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

              Peter T. Dalleo
              Clerk of Court

Date:   October 11, 2007

To: U.S. Bankruptcy Court
   Counsel