UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., et al. | ) | Case No. 05-12685 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| FOAMEX INTERNATIONAL INC., et al., | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 07-622 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERIES & COMPANY, INC. | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

**APPELLEE JEFFERIES & COMPANY, INC.'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL PURSUANT TO RULE 8006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Jefferies & Company, Inc. ("Jefferies"), by and through its undersigned counsel, hereby submits, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this designation of additional items to be included in the record on appeal to the United States District Court for the District of Delaware. Jefferies designates the following additional items:

## DESIGNATION OF RECORD

A.   **Additional Pleadings**

1.   Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 (D.I. 204)

NY\1334090.2

2. The Official Committee of Unsecured Creditors' Application for Order Under Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Jefferies & Company, Inc., as Financial Advisors to the Committee, and Granting Waiver of Compliance with Certain Requirements Under Del. Bankr. LR 2016-2 (D.I. 220)

3. Order Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code Approving the Employment of Jefferies & Company, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors (D.I. 297)

4. Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (D.I. 1994)

5. Stipulation Regarding Claim Number 646 of Gungor M. Solmaz and Diana M. Solmaz, and the Motion of Pontotoc Fibers, Inc. for (I) Allowance and Immediate Payment of Lease Obligations Pursuant to 11 U.S.C. 365(D)(3), (II) Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503, or (III) in the Alternative, Leave to File a Late-Filed Claim (D.I. 2563)

6. Order With Respect to Stipulation Regarding Claim Number 646 of Gungor M. Solmaz and Diana M. Solmaz, and the Motion of Pontotoc Fibers, Inc. for (I) Allowance and Immediate Payment of Lease Obligations Pursuant to 11 U.S.C. 365(D)(3), (II) Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503, or (III) in the Alternative, Leave to File a Late-Filed Claim (D.I. 2565)

**B.    Discovery Matters**

7. Jefferies & Company's First Set of Interrogatories

8. Jefferies & Company's First Request for Production of Documents

NY\1334090.2

9. Reorganized Debtors' First Set of Interrogatories and First Request for Production of Documents Directed to Jefferies and Company, Inc.

10. Jefferies and Company, Inc.'s Responses and Objections to Reorganized Debtors' First Set of Interrogatories and First Request for Production of Documents

11. Jefferies and Company, Inc.'s Supplemental Responses and Objections to Reorganized Debtors' First Set of Interrogatories

12. Reorganized Debtors' Responses and Objections to Jefferies & Company, Inc.'s First Set of Interrogatories and First Request for Production of Documents

13. Reorganized Debtors' Emergency Motion to Compel Responses to Interrogatories and Production of Documents from Jefferies & Company, Inc. (D.I. 2505)

14. Jefferies & Company, Inc's Opposition to Reorganized Debtors' Motion to Compel Discovery (D.I. 2529)

15. Order Denying in Part and Granting in Part Reorganized Debtors' Emergency Motion to Compel Responses to Interrogatories and Production of Documents from Jefferies and Company, Inc. (Docket No. 2536)

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

NY\1334090.2

16. Transcript of Hearing Before the Honorable Kevin Gross held on June 1, 2007 (D.I. 2551)

Dated: October 19, 2007
      Wilmington, Delaware

**ASHBY & GEDDES**

By: /s/ Ben Keenan
William P. Bowden (#2553)
Benjamin W. Keenan (#4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

**LATHAM & WATKINS LLP**

Robert J. Rosenberg
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Jefferies & Company, Inc.

185018.1