UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOAMEX INTERNATIONAL INC., et al. Appellant v. JEFFERIES AND COMPANY, INC., Appellee | Civil Action No. 07-622 (JFF) |
| In re: FOAMEX INTERNATIONAL INC., et al., Debtors. | Chapter 11 Bankruptcy Case No. 05-12685 (KG) Jointly Administered |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Foamex International Inc., Foamex L.P., Foamex Latin America, Inc., Foamex Asia, Inc., FMXI, LLC (formerly FMXI, Inc.), Foamex Carpet Cushion LLC, Foamex Capital Corporation, Foamex Mexico, Inc. and Foamex Mexico II, Inc., the above captioned reorganized debtors (collectively, the "Reorganized Debtors") on one hand and Jefferies and Company, Inc. ("Jefferies") on the other hand, stipulate that this appeal shall be dismissed with prejudice.

PHIL1 769231-3

Each Party shall bear its own costs, including legal and attorney fees incurred in connection with the above-entitled action, including the preparation and performance of this joint stipulation.

Dated: January 26, 2008

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP

*/s/*

Richard M. Beck (#3793)
Michael W. Yurkewicz (#4165)
919 Market St., Suite 1000
Wilmington, DE 19801
(302) 426-1189
rbeck@klehr.com

Counsel to the Reorganized Debtors

ASHBY & GEDDES

*/s/*

William P. Bowden (#2553)
500 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com

-and-

Robert J. Rosenberg
William Reckler
Erika Ruiz
LATHAM & WATKINS LLP
855 Third Avenue – Suite 1000
New York, New York 10022
(212) 906-1200
robert.rosenberg@lw.com

Counsel to Jefferies and Company, Inc.